UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT ADDISON LAMONT MAYS, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:16-cv-01151-TWP-DML |
| ) | |
| v. ) | |
| ) | |
| CREDIT ONE BANK, N.A., FIRST ) | |
| CONTACT LLC, and ) | |
| TPUSA-FHCS, INC., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' NOTICE OF SETTLEMENT**

Defendants Credit One Bank, N.A. ("Credit One") and First Contact LLC ("First Contact") (collectively, the "Defendants"), hereby notify the Court that they and Plaintiff, Robert Addison Lamont Mays, have reached a settlement in this matter. Plaintiff and Defendants are attempting to finalize the language of a written Settlement Agreement, and anticipate filing the appropriate dismissal documents with the Court within thirty (30) days. The settlement is between Plaintiff and Credit One and First Contact only, and does not affect in any way Plaintiff's rights as to TPUSA-FHCS, Inc.

Respectfully submitted,

MAURICE WUTSCHER LLP

/s/ *Mickey J. Lee*
Mickey J. Lee (Attorney No.: 22446-49)
Attorney for *Credit One Bank, N.A.
and First Contact LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 3rd day of January, 2018, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's ECF. Parties may access this filing through the Court's system:

      Jeffrey S. Hyslip – jeffrey@lifetimedebtsolutions.com

                                              /s/ Mickey J. Lee  
                                              Mickey J. Lee

MAURICE WUTSCHER LLP  
101 W. Ohio Street - Suite 2000  
Indianapolis, Indiana 46204  
Telephone:   (317) 523-3274  
Facsimile:    (866) 581-9302  
E-mail:       mlee@MauriceWutscher.com