Acknowledged
TWP
May 16, 2018

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT ADDISON LAMONT MAYS,                ) | |
| ) | |
| Plaintiff,                ) | Case No. 1:16-cv-01151-TWP-DML |
| ) | |
| v.                ) | |
| ) | |
| CREDIT ONE BANK, N.A., et al.,                ) | |
| ) | |
| Defendants.                ) | |

### JOINT STIPULATION OF DISMISSAL

Plaintiff, Robert Addision Lamont Mays, and Defendants Credit One Bank, N.A. ("Credit One") and First Contact, LLC ("First Contact") (collectively, the "Defendants"), by their respective counsel, hereby stipulate to the dismissal of this matter with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

Dated: May 15, 2018

**ROBERT ADDISON LAMONT MAYS**

By: /s/Jeffrey S. Hyslip
    One of Plaintiff's Attorneys

Jeffrey S. Hyslip
Hyslip & Taylor, LLC, LPA
1100 W. Cermak Rd., Suite B410
Chicago, Illinois 60608
Telephone: (312) 380-6110
Facsimile: (312) 361-3509
Email: jeffrey@lifetimedebtsolutions.com
*Counsel for Plaintiff*

Dated: May 15, 2018

**CREDIT ONE BANK, N.A., and FIRST CONTACT, LLC**

By: /s/Mickey J. Lee
    One of Defendants' Attorneys

Mickey J. Lee
Maurice Wutscher LLP
101 W. Ohio St., Suite 2000
Indianapolis, Indiana 46204
Telephone: (317) 523-3274
Facsimile: (866) 581-9302
Email: mlee@mauricewutscher.com
*Counsel for Credit One and First Contact*

## CERTIFICATE OF SERVICE

 I hereby certify that on the 15th day of May, 2018, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's ECF. Parties may access this filing through the Court's system:

 Jeffrey S. Hyslip – jeffrey@lifetimedebtsolutions.com

              /s/  Mickey J. Lee
              Mickey J. Lee

MAURICE WUTSCHER LLP
101 W. Ohio Street - Suite 2000
Indianapolis, Indiana 46204
Telephone:	(317) 523-3274
Facsimile:	(866) 581-9302
E-mail:	mlee@MauriceWutscher.com